**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                Plaintiff,

      -vs.-

2120 TIEBOUT LLC, 452 W 164 REALTY LLC,
148TH STREET LLC, 712 W 180 REALTY LLC,
554 W 148 LLC, SKYLINE 135TH LLC, 503 W 169
LLC, 561 W 144 REALTY LLC, 2705 & 2707
MORRIS LLC, 622 E 169 LLC, DOUGLAS
PETERSON, MAURICE ARLOS, MICHAEL
FORDHAM, MATTHEW L. MCGANN,
MATTHEW KLADNEY, AREMYE REALTY
CORPORATION, CARVER FEDERAL SAVINGS
BANK, the NEW YORK CITY DEPARTMENT OF
HOUSING PRESERVATION & DEVELOPMENT,
the NEW YORK CITY ENVIRONMENTAL
CONTROL BOARD and JOHN DOES #1
THROUGH JOHN DOE #343, inclusive, the names
of the last 343 defendants being fictitious, the true
names of said defendants being unknown to plaintiff,
it being intended to designate any occupants or
tenants of the mortgaged premises who are in default
in the payment of rent for which a proceeding is now
pending by the mortgagor and/or other persons or
parties having or claiming an interest in or lien upon
the mortgaged premises subordinate to that of the
mortgagee, if the aforesaid individual defendants are
living, and if any or all of said individual defendants
be dead, their heirs at law, next of kin, distributes,
executors, administrators, trustees, committees,
devisees, legatees and the assignees, lienors, creditors,
successors in interest of them, and generally all
persons having or claiming under, by, through or
against the said defendants named as a class, any
right, title or interest in or lien upon the premises
described in the complaint herein,

                Defendants.

No. 1:23-cv-9445 (DEH) (BCM)


**STIPULATION REGARDING**
**SERVICE OF PROCESS AND**
**PROVIDING AN EXTENSION**
**OF TIME FOR DEFENDANTS**
**TO RESPOND TO PLAINTIFFS'**
**COMPLAINT**

Plaintiff Federal National Mortgage Association ("Plaintiff") and Defendants 2120 Tiebout LLC, 452 W 164 Realty LLC, 148th Street LLC, 712 W 180 Realty LLC, 554 W 148 LLC, Skyline 135th LLC, 503 W 169 LLC, 561 W 144 Realty LLC, 2705 & 2707 Morris LLC, 622 E 169 LLC, Douglas Peterson, Maurice Arlos, and Michael Fordham (collectively, "Borrower-Defendants") hereby stipulate, by and through their respective counsel, as follows:

**WHEREAS**, pursuant to this stipulation, the Borrower-Defendants in the above-captioned action agree that they have accepted service of process of the Complaint in this action;

**WHEREAS**, Borrower-Defendants' acceptance of service of process is without prejudice to and/or waiver of any defenses, objections and/or arguments in this matter, except as to the sufficiency of service of process; and

**WHEREAS**, pursuant to Borrower-Defendants' request, Plaintiff agreed to provide an extension of time for Borrower-Defendants to respond to the Complaint, to and including December 15, 2023;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and among the undersigned attorneys as follows:

1.      The Complaint has been served on Borrower-Defendants, without prejudice to and/or waiver of any defenses, objections or arguments in this matter, except as to the sufficiency of service of process; and

2.      The Borrower-Defendants have an extension of time to and including December 15, 2023 to respond to the Complaint.

New York, New York
Dated:  November 6, 2023

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD**

By:  */s/ Dean L. Chapman Jr.*
    Dean L. Chapman Jr.
    One Bryant Park
    New York, New York 10036
    Telephone: (212) 872-8095
    Facsimile: (212) 872-1002

*Attorney for Plaintiff Federal National Mortgage Association*

**GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP**

By:
    Kevin J. Nash
    125 Park Avenue, 12th Floor
    New York, New York 10017
    Telephone: (212) 301 6944

*Attorney for Borrower-Defendants*

So Ordered.

Dale E. Ho
United States District Judge
Dated: November 7, 2023
New York, New York

3