UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, | |
| Plaintiff(s), | 23-CV-9445 (DEH) |
| v. | **ORDER** |
| 2120 TIEBOUT LLC, et al., | |
| Defendant(s). | |

DALE E. HO, United States District Judge:

In this action, Plaintiff seeks foreclosure on twelve properties in Manhattan and the Bronx, owned by entities controlled by or affiliated with City Skyline Realty. *See* Amended Complaint, ECF No. 20, ¶ 1. On December 8, 2023, Plaintiff moved for appointment of a receiver to manage the properties at issue. *See* ECF No. 28. No Defendants have appeared, but on December 6, 2023, the parties filed a joint stipulation signed by an attorney for fourteen Defendants, the borrowers and guarantors of the mortgages on the properties (the "Borrower Defendants"). *See* ECF No. 25. In addition to these Defendants, there are six named Defendants and 343 John Doe Defendants, representing the junior lienholders and tenants or persons in possession of the properties at issue, none of whom have appeared or filed documents on ECF. *See* Amended Complaint ¶¶ 31-37.

It is hereby **ORDERED** that Plaintiff shall serve its motion to appoint a receiver, the materials submitted in connection with the motion, and this order on the named Defendants and file proof of service by **December 13, 2023.** Plaintiff may serve the Borrower Defendants electronically through their counsel. Plaintiff shall serve the remaining named Defendants via Federal Express. Any opposition to Plaintiff's motion for appointment of a receiver shall be

filed by **December 22, 2023.**  If any such opposition is filed, Plaintiff may file a reply by **January 5, 2024.**

      SO ORDERED.

Dated: December 11, 2023
       New York, New York

_____
DALE E. HO
United States District Judge