UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>        Plaintiff,<br><br>   v.<br><br>2120 TIEBOUT LLC, et al.,<br><br>        Defendants. | 23-CV-9445 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An initial pre-trial conference was held on January 24, 2024.  For the reasons discussed at the conference, it is hereby **ORDERED** that the parties shall file a joint status letter by **January 26, 2024.**  The parties shall meet and confer regarding an appropriate bond amount in the event Plaintiff's motion to appoint a receiver is granted, and include a statement as to this amount in the letter.  The parties shall also meet and confer regarding a proposed briefing schedule for Plaintiff's anticipated motion for summary judgment and include a joint proposal in their letter.

  SO ORDERED.

Dated: January 24, 2024
   New York, New York

                       _____
                         DALE E. HO
                     United States District Judge