UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>       Plaintiff,<br><br>  v.<br><br>2120 TIEBOUT LLC, et al.,<br><br>       Defendants. | 23-CV-9445 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

  An order issued on January 31, 2024, set a briefing schedule for Plaintiff's anticipated motion for summary judgment. *See* ECF No. 51. Per that schedule, Plaintiff would move for summary judgment on March 15, 2024; Defendants would file any opposition by April 15, 2024; and Plaintiff would file any reply by May 1, 2024. *See id.* On March 15, 2024, Plaintiff moved for summary judgment. *See* ECF No. 74. No Defendant filed an opposition to the motion.

  It is hereby **ORDERED** that Defendants shall file any opposition to the motion for summary judgment by **April 19, 2024.** If no such opposition is received, the motion will be deemed fully briefed and adjudicated. If any Defendant files an opposition, Plaintiff shall file a reply by **May 3, 2024.**

  SO ORDERED.

Dated: April 17, 2024
   New York, New York

                       DALE E. HO
                       United States District Judge