# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                Plaintiff,                      23 **CIVIL** 9445 (DEH)

      -against-                              **<u>JUDGMENT</u>**

2120 TIEBOUT LLC ET AL.,

                Defendants.
-----------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 27, 2025, Plaintiff's motion for summary judgment is GRANTED. Judgment is entered in favor for Plaintiff against Borrower Defendants 2120 Tiebout LLC, 452 W 164 Realty LLC, 148th Street LLC, 712 W 180 Realty LLC, 554 W 148 LLC, Skyline 135th LLC, 503 W 169 LLC, 561 W 144 Realty, LLC, 2705 & 2707 Morris LLC, 622 E 169 LLC and 66 & 72 E 190 LLC. Plaintiff's motion for default judgment GRANTED against Defendant Aremye Realty Corporation. Plaintiff's motion to amend the caption of this case is GRANTED. Plaintiff's motion for Default Judgment against Lienholder Defendants New York City Environmental Control Board and New York City Department of Housing Preservation & Development is DENIED WITHOUT PREJUDICE.

**Dated:** New York, New York

    May 28, 2025

                                                      **TAMMI M. HELLWIG**
                                                            **Clerk of Court**

                                     **BY:**

                                                           **Deputy Clerk**