UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal National Mortgage Association,<br><br>                              Plaintiff,<br><br>                    v.<br><br>2120 Tiebout LLC et al.,<br><br>                              Defendants. | 23-CV-9445 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

     Pursuant to the Opinion and Order dated May 27, 2025, ECF No. 100, Plaintiff shall file any renewed motion for default judgment, any substantiated request for this Court to confirm amounts it is owed under the terms of any defaulted-upon mortgage, and/or any request to credit any Defendants for payments previously tendered **by June 24, 2025.** Any such filing shall also include a proposed judgment of foreclosure and sale.

SO ORDERED.

Dated: May 28, 2025
       New York, New York

                                            DALE E. HO
                                    United States District Judge