UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

                        Plaintiff,

    -vs.-

51 HAMILTON LLC, DOUGLAS PETERSON, DAVID LEWIS, and JOHN DOES #1 THROUGH JOHN DOE #31, inclusive, the names of the last thirty-one defendants being fictitious, the true names of said defendants being unknown to plaintiff, it being intended to designate any occupants or tenants of the mortgaged premises who are in default in the payment of rent for which a proceeding is now pending by the mortgagor and/or other persons or parties having or claiming an interest in or lien upon the mortgaged premises subordinate to that of the mortgagee, if the aforesaid individual defendants are living, and if any or all of said individual defendants be dead, their heirs at law, next of kin, distributees, executors, administrators, trustees, committees, devisees, legatees and the assignees, lienors, creditors, successors in interest of them, and generally all persons having or claiming under, by, through or against the said defendants named as a class, any right, title or interest in or lien upon the premises described in the complaint herein,

                        Defendants.

No. 1:25-CV-04458 [rel. 1:23-CV-09445]

**ORDER**

Dale E. Ho, United States District Judge:

As discussed on the record during today's telephone conference, in light of the Court's Order granting judgment of foreclosure and sale, ECF No. 40, the Court DENIES as MOOT Plaintiff's Motion for Default Judgment, ECF No. 22. The Parties are ORDERED to provide the Court with a status update no later than one week after closing of any foreclosure sale. The case will remain open pending a potential deficiency judgment. The Clerk of Court is respectfully directed to terminate ECF No. 22.

SO ORDERED.

Dated: October 22, 2025
      New York, New York

_____
The Honorable Dale E. Ho
United States District Court Judge