UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE
ASSOCIATION,

                    Plaintiff,

          v.

2120 TIEBOUT LLC ET AL.,

                    Defendants.

23 Civ. 9445 (DEH)

**OPINION
AND ORDER**

DALE E. HO, United States District Judge:

It is hereby **ORDERED** a conference in this matter will be held at 10:30 am on January 7, 2026, regarding Plaintiff's motion at ECF No. 108. The conference shall be held on Microsoft Teams. The parties are instructed to join the conference by dialing +1 646-453-4442 and entering conference ID 530 914 451 followed by the pound (#) key. Plaintiff shall be prepared to address, among other things, the appointment of a referee, as referenced in Plaintiff's proposed order at ECF No. 108-1.

It is further **ORDERED** that Plaintiff shall serve any non-appearing Defendants with copies of this Order and the documents at ECF No. 108, via overnight courier, within two business days of it being filed. Within two business days of service, Plaintiff must file proof of such service on the docket.

SO ORDERED.

Dated: December 30, 2025
       New York, New York

_____
          DALE E. HO
   United States District Judge