UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Federal National Mortgage Association,<br><br>                         Plaintiff,<br><br>                v.<br><br>2120 Tiebout LLC et al.,<br><br>                         Defendants. | 23-CV-9445 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

In light of the Notice of Referee's Report of Sale, ECF 124, the Clerk of Court is respectfully directed to terminate this matter.

SO ORDERED.

Dated: May 8, 2026
         New York, New York

_____
          DALE E. HO
     United States District Judge