UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Federal National Mortgage Association,

Plaintiff,

v.

2120 Tiebout LLC et al.,

Defendants.

23-CV-9445 (DEH)

ORDER

DALE E. HO, United States District Judge:

On July 6, 2026, Plaintiff moved to confirm report of sale and for leave to enter deficiency judgment against defendants 148th Street LLC, Douglas Peterson, Maurice Arlos, and Michael Fordham. ECF No. 128. Defendants 148th Street LLC, Douglas Peterson, Maurice Arlos, and Michael Fordham shall file any response by **July 10, 2026**.

SO ORDERED.

Dated: July 7, 2026
New York, New York

DALE E. HO
United States District Judge