UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

v.

2120 TIEBOUT LLC et al.,

Defendants.

23-CV-9445 (DEH)

ORDER

DALE E. HO, United States District Judge:

On October July 6, 2026, Plaintiff Federal National Mortgage Association moved for, *inter alia*, entry of a deficiency judgment in favor of Plaintiff and against defendants 148th Street LLC, Douglas Peterson, Maurice Arlos, and Michael Fordham, jointly and severally, in the amount of $4,383,547.74. ECF No. 128. Defendants submitted an opposition in the form of two declarations by Defendant Maurice Arlos filed on July 10, 2026, ECF No. 136, and July 14, 2026, ECF No. 138. Plaintiff filed a reply on July 20, 2026. ECF No. 139. On October 9, 2026, Plaintiff submitted a letter to this Court requesting the amount of the deficiency judgment be reduced by $169,007.25 from $4,383,547.74 to $4,214,540.49, to reflect an amount that "remained in the Property's operating account when the Receiver closed it, and [which] amount was wired to Plaintiff at that time." ECF No. 141. On October 13, 2026, the Court issued a Memorandum Opinion and Order granting, in relevant part, the motion for a deficiency judgment in the original amount of $4,383,547.74, along with pre-judgment and post-judgment interest. ECF No. 142.

The Court **GRANTS** Plaintiff's request to amend the amount of the deficiency judgment.

A Judgment shall be entered separately in the amount of $4,214,540.49, along with interest as ordered in the Court's Memorandum Opinion and Order, ECF No. 142.

SO ORDERED.

Dated: October 13, 2026
New York, New York

DALE E. HO
United States District Judge