UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

v.

2120 TIEBOUT LLC et al.,

Defendants.

23-CV-9445 (DEH)

**ORDER CONFIRMING REFEREE'S REPORT OF SALE AND GRANTING DEFICIENCY JUDGMENT**

DALE E. HO, United States District Judge:

Upon reading and filing the Motion of Plaintiff Federal National Mortgage Association, dated July 6, 2026, for an Order (1) confirming the Referee's Report of Sale and making absolute and binding forever the sale therein mentioned, and (2) granting and directing the Clerk of this Court to enter a deficiency judgment pursuant to New York Real Property Actions and Proceedings Law § 1371 in favor of Plaintiff and against Defendants 148th Street LLC, Douglas Peterson, Maurice Arlos, and Michael Fordham, jointly and severally, the memorandum of law in support of the Motion, the supporting declaration of Dean L. Chapman, Esq., dated July 6, 2026, and the exhibits annexed thereto, the supporting declaration of Amy Sogga dated July 1, 2026, and the exhibits annexed thereto, and the supporting declaration of Brandon Gollotti dated June 29, 2026, and the exhibits annexed thereto, all together with proof of due service; and upon reading and filing of Plaintiff's letter to the Court dated October 9, 2026; and upon all of the other papers and pleadings filed with in this action; it is

**ORDERED**, that the Report of Sale of Peter A. Axelrod, dated April 8, 2026, be and the same hereby is ratified, confirmed, and made absolute and binding forever; and it is further

**ORDERED**, that the Clerk of this Court enter and docket a deficiency judgment in favor of Plaintiff Federal National Mortgage Association and against Defendants 148th Street LLC,

Douglas Peterson, Maurice Arlos, and Michael Fordham, jointly and severally, in the sum of $4,214,540.49, with interest thereon (i) from April 8, 2026, to the date of entry of this deficiency judgment at the rate of 7.64%, pursuant to New York Civil Practice Law and Rules § 5002, and that the Plaintiff have execution therefor, and (ii) from the date of entry of this deficiency judgment until payment in full at the rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, pursuant to 28 U.S.C. § 1961(a), and that the Plaintiff have execution therefor.

SO ORDERED.

Dated: October 13, 2026
New York, New York

DALE E. HO
United States District Judge