**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------X

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

23 **CIVIL** 9445 (DEH)

-against-

**DEFICIENCY JUDGMENT**

2120 TIEBOUT LLC ET AL.,

Defendants.

------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 13, 2025, Plaintiff's request to amend the amount of the deficiency judgment is GRANTED. Accordingly, deficiency judgment is entered in favor of Plaintiff Federal National Mortgage Association and against Defendants 148th Street LLC, Douglas Peterson, Maurice Arlos, and Michael Fordham, jointly and severally, in the sum of $4,214,540.49, with interest thereon (i) from April 8, 2026, to the date of entry of this deficiency judgment in the amount of $167,611.70 at the rate of 7.64%, pursuant to New York Civil Practice Law and Rules § 5002, and that the Plaintiff have execution therefor, and (ii) from the date of entry of this deficiency judgment until payment in full at the rate equal to the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment, pursuant to 28 U.S.C. § 1961(a), and that the Plaintiff have execution therefor.

**Dated:** New York, New York

October 15, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** Negam Dulal

**Deputy Clerk**