UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FEDERAL NATIONAL MORTGAGE ASSOCIATION,

Plaintiff,

v.

2120 TIEBOUT LLC, et al.,

Defendants.

23-CV-9445 (DEH)

ORDER

DALE E. HO, United States District Judge:

On May 27, 2025, the Court entered an Opinion and Order granting in part Plaintiff's omnibus motion for summary judgment, default judgment, and other relief. ECF No. 100. On January 21, 2026, the Court entered a Judgment of Foreclosure and Sale regarding several properties that were the subject of this action. ECF No. 123. On October 13, 2026, the Court entered an Order granting a deficiency judgment in favor of Plaintiff and against certain Defendants respecting one subject property. ECF No. 144. October 15, 2026, the Clerk of Court entered the Deficiency Judgment. ECF No. 145. On November 11, 2026, several Defendants filed a Notice of Appeal to the U.S. Court of Appeals for the Second Circuit of the Order granting deficiency judgment and of the Deficiency Judgment. ECF No. 148.

On November 16, 2026, Plaintiff filed a request to correct the record pursuant to Federal Rule of Civil Procedure 60(a) ("Rule 60(a)"), which it styled as a proposed order to show cause. ECF No. 149. Specifically, Plaintiff seeks to replace four documents that it states were mistakenly attached to the Amended Complaint, ECF No. 20, and incorporated into the May 27, 2025, Opinion and Order, ECF No. 100, and Judgment of Foreclosure and Sale, ECF No. 123. *See* Pl.'s Mem. Supp. Order Show Cause Correct R. at 1, ECF No. 150.

The Court treats Plaintiff's request as a regular motion under Rule 60(a). Accordingly, pursuant to Local Civil Rule 6.1(b) and Paragraph 4 of the Court's Individual Practices, Defendants shall file a response by **November 30, 2026.** Plaintiff shall file a reply, if any, within **seven (7) days** after service of the response papers.

Furthermore, Rule 60(a) provides that "after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave." Fed. R. Civ. P. 60(a); *see also Jefferies Strategic Invs., LLC v. Weiss*, No. 24 Civ. 4369, 2026 WL 1445744, at *1 n.1 (S.D.N.Y. May 20, 2025). Plaintiff is accordingly **DIRECTED** to seek leave from the Second Circuit and file a letter on the docket within **three (3) days** after the Circuit renders a decision to advise this Court of the Circuit's ruling.

SO ORDERED.

Dated: November 17, 2026
New York, New York

DALE E. HO
United States District Judge